FILED
CLERK, U.S. DISTRICT COURT

JUN 23 2020

CENTRAL DISTRICT OF CALIFORNIA
BY _____ CH _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 10-923-SVW |
| Plaintiff, | |
| vs. | ORDER OF DETENTION AFTER HEARING |
| RODNEY BOUGGTRIOUS | [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. 3143(a)] |
| Defendant. | |

   The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central Dist CA for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

   The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

   The Court finds that:

A. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on prior revocations, intentionally eluding (incl. whereabouts unknown to PO); no verified background or bail info

```
                                                                  
                                                                  
                                                                  
        and/or
B.      ( )  The defendant has not met his/her burden of establishing by
        clear and convincing evidence that he/she is not likely to pose
        a danger to the safety of any other person or the community if
        released under 18 U.S.C. § 3142(b) or (c). This finding is based
        on:_____
        _____
        _____
        _____
```

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: __6/23/2020__

_____

UNITES STATES MAGISTRATE JUDGE

PAUL L. ABRAMS